```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AUGUST IMAGE, LLC,                              :
                                                :
                        Plaintiff,              :
                                                :
        -v-                                     :       24-cv-8796 (LJL)
                                                :
SPYSCAPE LTD,                                   :       ORDER
                                                :
                        Defendant.              :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/28/2025__

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference on April 28, 2025. Counsel for Plaintiff appeared but no counsel for Defendant appeared.

The initial pretrial conference is adjourned to June 20, 2025 at 12 PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The deadline for Plaintiff to file an amended complaint is June 6, 2025.

Plaintiff shall serve a copy of this Order upon Defendant.

SO ORDERED.

Dated: April 28, 2025
       New York, New York                      _____
                                               LEWIS J. LIMAN
                                               United States District Judge